**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 3, 2006

# NOTICE OF REASSIGNMENT

Re:   Mitchell Bracknell v. The County Commission Of Montgomery County, Alabama, et al.
      Civil Action No. #2:06-cv-00311-VPM

The above-styled case has been reassigned to Judge W. Keith Watkins.

Please note that the case number is now #2:06-cv-00311-WKW. This new case number should be used on all future correspondence and pleadings in this action.