IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MITCHELL BRACKNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-311-WKW |
| | ) |
| THE COUNTY COMMISSION | ) |
| MONTGOMERY COUNTY, | ) |
| ALABAMA, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants Motion to Dismiss and Memorandum Brief in Support Thereof (Docs. #4 & 5) filed on April 26, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on June 1, 2006.

It is further ORDERED that the plaintiff file a response which shall **include a brief and any evidentiary materials on or before May 25, 2006.** The defendant may file a reply brief on or before June 1, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 4th day of May, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE