IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MITCHELL BRACKNELL** | § | |
| | § | |
| **PLAINTIFF** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **VS** | § | **CASE NO. 2:06 CV-311** |
| | § | |
| **THE COUNTY COMMISSION** | § | |
| **OF MONTGOMERY COUNTY,** | § | |
| **ALABAMA;** | § | |
| **SHERIFF D. T. MARSHALL;** | § | |
| | § | |
| **DEFENDANTS** | § | |

**MOTON FOR LEAVE TO AMEND COMPLAINT FOR THE PURPOSE OF ADDING A NECESSARY PARTY**

COMES Now Plaintiff, by and through counsel, and moves this Honorable Court to amend the complaint for the purpose of adding a necessary party.

Plaintiff requests this motion be GRANTED.

      /s/J. Scott Hooper_____
**Attorney for Plaintiff**

of counsel:
The Hooper Law Firm, PC
P.O. Box 230894
Montgomery, AL 36123-0894
334-271-1555 Office
334-271-1552 Facsimile
jshooper@knology.net

## CERTIFICATE OF SERVICE

**I hereby certify that on the 23td of May 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following parties or counsel:**

**Constance Walker
Thomas Gallion, III
Haskell Slaughter Young & Gallion
P.O. Box 4660
Montgomery, AL 36103-4660**

                                                                       **/s/ J. Scott Hooper**