**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 24, 2006

# NOTICE OF DEFICIENCY

| | |
|---|---|
| **To:** | John Scott Hooper<br>The Hooper Law Firm, PC<br>P. O. Box 230894<br>Montgomery, AL 36123-0894 |
| **From:** | Clerk's Office |
| **Case Style:** | Mitchell Bracknell v. The County Commission of Montgomery County, Alabama, et al. |
| **Case Number:** | #2:06-cv-00311-WKW |
| **Referenced Pleading:** | Motion for Leave to Amend Complaint |

**The above-referenced pleading did not contain a PROPOSED AMENDED COMPLAINT.**

**The listed deficiency must be corrected within 10 days from the date of this notice. Please submit to the Clerk's office by CONVENTIONAL means a PROPOSED AMENDED COMPLAINT or you may E-MAIL (not E-FILE) the PROPOSED AMENDED COMPLAINT in PDF format to donna_norfleet@almd.uscourts.gov.**

**DO NOT RESUBMIT THE ENTIRE DOCUMENT.**

**If you have any questions, please contact me at (334)954-3955.**