**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                         TELEPHONE (334) 954-3600

June 7, 2006

# NOTICE OF CORRECTION

| | |
|---|---|
| **From:** | Clerk's Office |
| **Case Style:** | Mitchell Bracknell v. The County Commission of Montgomery County, Alabama, et al. |
| **Case Number:** | #2:06-cv-00311-WKW |
| **Referenced Document:** | Document #9<br>First Motion for Leave to Amend Complaint |

**This notice has been docketed to enter the proposed Amended Complaint into the record as an attachment to the referenced document which was omitted at the original time of filing. The pdf of the proposed Amended Complaint is attached to this notice.**