IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MITCHELL BRACKNELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-00311-WKW |
| ) | |
| THE COUNTY OF COMMISSION OF ) | |
| MONTGOMERY COUNTY, ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Motion for Leave to Amend Complaint for the Purpose of Adding a Necessary Party (Doc. # 9), it is ORDERED that the motion is GRANTED[1] and that the plaintiff shall file electronically an exact duplicate of the amended complaint attached to the motion in accordance with the *Middle District of Alabama's Civil Administrative Procedures*.

Correspondingly, it is further ORDERED that the pending motions to dismiss (Doc. # 6 and Doc. # 7) are DENIED as moot.

DONE this the 13th day of June, 2006.

          /s/  W. Keith Watkins
          UNITED STATES DISTRICT JUDGE

---

[1] A denial of leave to amend is within a district court's discretion, but "leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a).