**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 15, 2006

# NOTICE OF CORRECTION

**From:**               **Clerk's Office**

**Case Style:**         **Mitchell Bracknell v. The County Commission of Mongtomery County, Alabama, et al.**

**Case Number:**        **#2:06-cv-00311-WKW**

**Referenced Document:** **Document #13**
                        **Amended Complaint**

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf was filed in the wrong case. The corrected pdf is attached to this notice.**