IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MITCHELL BRACKNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-311-WKW |
| | ) |
| THE COUNTY COMMISSION OF | ) |
| MONTGOMERY COUNTY, | ) |
| ALABAMA, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion to Dismiss (Doc. # 17) filed on June 22, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on July 26, 2006.

It is further ORDERED that the plaintiff file a response which shall **include a brief and any evidentiary materials** on or before July 19, 2006. The defendant may file a reply brief on or before July 26, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 29th day of June, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE