IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MITCHELL BRACKNELL | * |
| Plaintiff, | * |
| vs. | * Case No. 2:06cv00311-WKW |
| THE COUNTY COMMISSION OF MONTGOMERY COUNTY, ALABAMA; SHERIFF D. T. MARSHALL; et al. | * |
| Defendants. | * |

**NOTICE OF APPEARANCE**

COMES NOW Thomas T. Gallion, III of the law firm of Haskell Slaughter Young & Gallion, LLC, and files this notice of appearance of co-counsel for the Defendants The County Commission of Montgomery County, Alabama and Sheriff D.T. Marshall, et. al.

Respectfully submitted this 14th of August, 2006.

s/Thomas T. Gallion, III
Thomas T. Gallion, III      (GAL010)
Attorney for Defendants

OF COUNSEL:
Thomas T. Gallion, III
HASKELL SLAUGHTER YOUNG & GALLION, LLC
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
334-265-8573
fax: (334) 264-7945

## **CERTICATE OF SERVICE**

      I hereby certify that on the 14<u>th</u> day of August 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following parties or counsel:

J. Scott Hooper
The Hooper Law Firm, PC
Post Office Box 230894
Montgomery, Alabama 36123-0894
(334) 271-1555
fax:  (334) 271-1552
jshooper@knology.net

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

                              s/Thomas T. Gallion, III
                              _____
                              Of Counsel