# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MITCHELL BRACKNELL** | § | |
| | § | |
| **PLAINTIFF** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **VS** | § | **CASE NO. 2:06 CV-311** |
| | § | |
| **GINA SAVAGE, DIRECTOR** | § | |
| **MONTGOMERY DETENTION** | § | |
| **FACILITY** | § | |
| **DEFENDANTS** | § | |

## MOTON FOR LEAVE TO AMEND COMPLAINT FOR THE PURPOSE OF ADDING NECESSARY PARTIES

COMES Now Plaintiff, by and through counsel, and moves this Honorable Court to amend the complaint for the purpose of adding necessary parties.

Plaintiff requests this motion be GRANTED.

      /s/J. Scott Hooper
**Attorney for Plaintiff**

of counsel:
**The Hooper Law Firm, PC**
**P.O. Box 241493**
**Montgomery, AL 36124-1493**
**334-271-1555 Office**
**334-271-1552 Facsimile**
**jshooper@knology.net**

## CERTIFICATE OF SERVICE

**I hereby certify that on the 12th of April 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following parties or counsel:**

**Constance Walker
Thomas Gallion, III
Haskell Slaughter Young & Gallion
P.O. Box 4660
Montgomery, AL 36103-4660**

/s/ J. Scott Hooper