IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MITCHELL BRACKNELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-311-WKW |
| | ) | |
| MONTGOMERY COUNTY COMMISSION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This case is before the court on the plaintiff's Third Motion for Leave to Amend Complaint for the Purpose of Adding Necessary Parties (Doc. # 24). In the interest of justice and pursuant to the Order dated March 29, 2007 (Doc. # 23), it is ORDERED that the motion is GRANTED. The plaintiff shall file electronically **on or before April 18, 2007**, an exact duplicate of the third amended complaint that is attached to his Motion in accordance with the *Middle District of Alabama's Civil Administrative Procedures*.

DONE this 13th day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE