AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Mitchell Bracknell

V.

Gina Savage, Officer Bowe, Officer Wrinberg, Officer Bryant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06 CV-311

TO: (Name and address of Defendant)

Officer Billy Bowe
250 South McDonough St.
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Scott Hooper
The Hooper Law Firm, PC
P.O. Box 241493
Montgomery, AL 36124-1493

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

4-18-07

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Mitchell Bracknell

V.

Gina Savage, Officer Bowe, Officer Wrinberg, Officer Bryant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06 CV-311

TO: (Name and address of Defendant)

Officer Wrinberg
250 South McDonough St.
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Scott Hooper
The Hooper Law Firm, PC
P.O. Box 241493
Montgomery, AL 36124-1493

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

4-18-07

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Mitchell Bracknell

V.

Gina Savage, Officer Bowe, Officer Wrinberg, Officer Bryant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06 CV-311

TO: (Name and address of Defendant)

Officer Bryant
250 South McDonough St.
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Scott Hooper
The Hooper Law Firm, PC
P.O. Box 241493
Montgomery, AL 36124-1493

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_  
CLERK

_[signature]_  
(By) DEPUTY CLERK

4-18-07  
DATE