**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 18, 2007

# NOTICE OF CORRECTION

FROM:      Clerk's Office

Case Style:   Bracknell v. The County Commission of Montgomery County, AL

Case No.:   2:06cv311-WKW
             Document 26   Amended Complaint

This Notice of Correction was filed in the referenced case this date to attach the Certificate of Service page to the Amended Complaint which was inadvertently omitted when e-filed.