IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MITCHELL BRACKNELL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action Number: 2:06cv3111-WKW |
| | * | |
| THE COUNTY COMMISSION OF | * | |
| MONTGOMERY COUNTY, ALABAMA; | * | |
| SHERIFF D.T. MARSHALL; AND A-Z | * | |
| Fictitious Defendants, | * | |
| | * | |
| Defendants. | * | |

**MOTION TO DISMISS**

COMES NOW Defendant Gina Savage, pursuant to Rule 12(b)(6), Fed. R. Civ. P., and moves this Court to dismiss all claims asserted against her in the Plaintiff's Amended Complaint (Doc. # 26.1). Defendant shows as follows:

1. Plaintiff's Complaint, as amended, fails to state a claim against this Defendant for which relief can be granted.

2. Plaintiff's claims based on *respondeat superior* should be dismissed because this is not actionable under 42 U.S.C. § 1983.

3. Plaintiff's Eighth Amendment claim should be dismissed because the Eighth Amendment provides no protection for the Plaintiff in this case.

4. Plaintiff's claims against Defendant Savage in her official capacity should be dismissed because Defendant is entitled to immunity pursuant to the Eleventh Amendment.

5. Plaintiff's 42 U.S.C. § 1983 claims against Defendant Savage in her official capacity should be dismissed because Defendant is not a "person" under 42 U.S.C. § 1983.

6. Plaintiff's claims against Defendant Savage in her individual capacity should be dismissed because Defendant is entitled to qualified immunity.

7. Plaintiff's Complaint fails to state a claim against Defendant for failure to train or for supervisor liability pursuant to 42 U.S.C. § 1983.

**WHEREFORE, THE PREMISES CONSIDERED,** Defendant Gina Savage respectfully requests that this Court enter an order dismissing all claims against her in the Plaintiff's Amended Complaint, and awarding the Defendant any other relief to which she may be entitled.

   /s/Constance C. Walker
Thomas T. Gallion, III (ASB-5295-L74T)
Constance C. Walker (ASB-5510-L66C)
Attorneys for Defendant Gina M. Savage

**OF COUNSEL:**
**HASKELL SLAUGHTER YOUNG & GALLION, L.L.C.**
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
Telephone: (334) 265-8573
Facsimile: (334) 264-7945

## CERTICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following counsel:

J. Scott Hooper
The Hooper Law Firm, PC
Post Office Box 230894
Montgomery, Alabama 36123-0894
(334) 271-1555
(334) 271-1552 (Facsimile)

                                              ___/s/Constance C. Walker_____
                                              Of Counsel

25584