IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MITCHELL BRACKNELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:06-cv-311-WKW ) |
| MONTGOMERY COUNTY COMMISSION, *et al.*, | ) ) ) |
| Defendants. | ) |

## **ORDER**

It is ORDERED that the plaintiff shall SHOW CAUSE in writing **on or before June 8, 2007**, why the defendants' Motion to Dismiss (Doc. # 29) should not be granted for failure of the plaintiff to follow the court's Briefing Order (Doc. # 31).

DONE this 4th day of June, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE