IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MITCHELL BRACKNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-311-WKW |
| | ) |
| MONTGOMERY COUNTY | ) |
| COMMISSION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

On June 4, 2007, the court ordered (Doc. # 32) that plaintiff show cause in writing on or before June 8, 2007, why he failed to follow the court's Briefing Order for the defendants' motion to dismiss. As of June 11, 2007, Plaintiff has not proffered a response to either the defendants' motion to dismiss or the court's order dated June 4, 2007. It is therefore ORDERED that the defendants' motion to dismiss (Doc. # 29) is under submission without consideration of the plaintiff's response.

DONE this 11th day of June, 2007.

　　　　　　　　　　　　　　　　　　／s／  W. Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE