IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MITCHELL BRACKNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-311-WKW |
| | ) |
| MONTGOMERY COUNTY | ) |
| COMMISSION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This court previously issued a memorandum opinion and order (Doc. #34), directing the plaintiff to serve Officers Bowe, Wrinberg, and Bryant, on or before September 14, 2007, or the court would dismiss from the action. The plaintiff has not served any of the above named parties. Therefore, it is ORDERED that all claims against Officers Bowe, Wrinberg, and Bryant are DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 4th day of December, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE